v. Merriam-Moy Arthur C. Chayeff Samuel G. Harris Arthur C. Chayeff This position rendered in apt time. Mr. Clerk, you may close out the proceedings.